IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Case No. 25-00289-01-CR-W-SRB
)
THEO L. GILMORE, )
)
Defendant. )

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Theo L. Gilmore appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule

72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(A) and

(B) to the lesser-included offense of the Indictment, charging him with a violation of 21 U.S.C. §§ 841(a)(1)

and (b)(1)(C), that is, Possession With Intent to Distribute Cocaine.

I determined that the guilty plea is knowledgeable and voluntary and that the offense charged is

supported by an independent basis in fact containing each of the essential elements of such offense. A

record was made of the proceeding, and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Theo L. Gilmore's plea of guilty be accepted and that the

defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the

date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the

assigned United States District Judge. *See* 28 U.S.C. § 636(b)(1).

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge